BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (CA BAR # 181304)
Deputy Director
STEPHEN FINN (DC BAR # 445989)
Senior Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. BOX 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-49318
Email: Stephen.p.finn@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NADA MANSOUR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.<br><br>Defendants. | No. 5:23-cv-02419-KK-MAR<br><br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Nada Mansour ("Plaintiff") and Defendants United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Los Angeles Asylum Office, David M. Radel, Director, Los Angeles Asylum Office, USCIS, Alejandro N Mayorkas, Secretary, Department of Homeland Security, Ur M. Jaddou, Director, USCIS, Ted H. Kim, Associate Director, Refugee, Asylum, and International Operations, USCIS, Matthew D. Emrich, Associate Director, Fraud Detection and National Security Directorate, USCIS, Christopher A. Wray, Director, Federal Bureau of Investigation ("Defendants"), through their respective counsel, subject to the approval of the Court, that the instant action shall be stayed pending adjudication of Plaintiff's Form I-589 Application for Asylum and for Withholding of Removal, based on the following terms:

1. USCIS has scheduled Plaintiff's asylum interview to take place on January 6, 2025, at 8:00 a.m., at the Los Angeles Asylum Office in Tustin, California. USCIS intends to conduct the interview on the date set; however, the parties understand that due to unexpected staffing limitations or other unforeseen circumstances that may arise, USCIS reserves its right to cancel and reschedule the interview. Should rescheduling be necessary, the interview will be rescheduled within four (4) weeks of the original interview date, absent unforeseen or exceptional circumstances;

2. Plaintiff agrees to attend the interview on the date listed above absent unforeseen or exceptional circumstances;

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. See https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. If needed, Plaintiff agrees to only make one interview reschedule request and to notify the Los Angeles Asylum Office of the reschedule request, in writing, prior to the scheduled interview date. Plaintiff may email the reschedule request to LosAngelesAsylum@uscis.dhs.gov;

5. If multiple reschedule requests are made by Plaintiff, USCIS may place the asylum application back into the Los Angeles Asylum Office's general interview scheduling priorities.
*See https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/affirmative-asylum-interview-scheduling;*

6. Plaintiff understands that additional interview(s) may be required by USCIS as part of the asylum interview process and the adjudication of the application;

7. USCIS agrees to diligently work towards completing adjudication of the asylum application within 120 days of completion of Plaintiff's asylum interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

8. In the event that USCIS does not complete adjudication of the asylum application within 120 days of the completion of the asylum interview, USCIS will provide a status report to the Court;

9. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS prior to the agreed upon scheduled interview based on the following timelines.  Plaintiff may email any supplemental documents to LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before the interview. Alternatively, may mail the supplemental documents to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003, postmarked no later than ten (10) calendar days prior to the scheduled asylum interview. Plaintiff recognizes that failure to submit these documents in a timely manner may result in the interview being rescheduled at no fault of USCIS;

10. Upon receipt of the asylum application decision from the Los Angeles Asylum

Office, Plaintiff agrees to voluntarily dismiss the case; and

11. Each party agrees to bear the party's own litigation costs, expenses, and attorney fees.

The proposed stay is requested in the interests of judicial economy. A stay would avoid the unnecessary and burdensome expenditure of the parties' and this Court's resources that would be required to adjudicate the jurisdictional and merits issues presented in this action. Moreover, there is no prejudice to either party if the stay is granted. There are no pending deadlines (other than Defendants' initial response to the complaint) and therefore, a stay would not affect any current proceedings in this Court.

Accordingly, the parties respectfully request a stay of the instant action until May 20, 2025.

SO STIPULATED.

Dated: January 4, 2024            */s/Salah Khatib*
                                                SALAH KHATIB
                                                Attorney for Plaintiff

Dated: January 4, 2024            BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                ERNESTO H. MOLINA, JR.
                                                Deputy Director

                                                */s/Stephen Finn*
                                                STEPHEN FINN
                                                Senior Trial Attorney
                                                Civil Division
                                                Office of Immigration Litigation
                                                U.S. Department of Justice

                                                Attorneys for Defendant

## **ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 4, 2024                    */s/Stephen Finn*
                                                    STEPHEN FINN
                                                    Senior Trial Attorney