UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NADA MANSOUR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.<br><br>Defendants. | No. 5:23-cv-02419-KK-MARx<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>**NOTE CHANGES BY COURT**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until May 20, 2025.

**No later than May 20, 2025,** the parties shall file either (1) a Notice of Dismissal or Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A); or (2) a joint status report indicating whether the stay in this action should be lifted. IT IS FURTHER ORDERED that the Clerk of Court shall administratively close this action. (JS-6).

Dated:  January 5, 2024

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE