Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Nada Mansour**<br><br>           Plaintiff,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** in his official capacity as Director of the Los Angeles Asylum Office; **Alejandro Mayorkas**, in his official capacity as Secretary, Department of Homeland Security; **Ur M. Jaddou**, in her official capacity as Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** in his official capacity as Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** in his official capacity as Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** in his official capacity as Director of Federal Bureau of Investigations<br><br>           Defendants. | Case No.: 5:23-cv-02419<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) - 1

1  Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Nada Mansour, and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all above named defendants

Dated this April 9, 2025       Respectfully Submitted,

/s/ Salah Khatib

Salah Khatib, Esq.
Counsel for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) - 2